**COLGATE–PALMOLIVE PEET CO. v. COE,**
Commissioner of Patents.

No. 8508.

United States Court of Appeals
District of Columbia.

Argued June 5, 1944.

Decided July 10, 1944.

Mr. George H. Mortimer, of New York City, with whom Mr. Richard K. Stevens, of Washington, D. C., was on the brief, for appellant. Messrs. Melvin W. Sandmeyer and Oswald G. Hayes, both of Washington, D. C., also entered appearances for appellant.

Mr. R. F. Whitehead, of Washington, D. C., with whom Mr. W. W. Cochran, Solicitor, United States Patent Office, of Washington, D. C., was on the brief, for appellee.

Before MILLER, EDGERTON and ARNOLD, Associate Justices.

PER CURIAM.

The complaint in this case attempts to state a cause of action under Section 4915, R.S., 35 U.S.C.A. § 63, and asks the court to authorize and direct the Commissioner of Patents to issue a patent to plaintiff. The record, however, shows and plaintiff admits that all the claims involved are copied

from two other patents for the purpose of provoking interference proceedings and that no patent can be authorized until those proceedings are determined.

The dismissal of the complaint by the court below will be affirmed on the authority of Hoover Co. v. Coe, — U.S.App. D.C. ——, 144 F.2d 514.

Affirmed.